**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN THE MATTER OF:

| | | |
|---|---|---|
| NAME: | BLANTON, JOHN EDWARD<br>BLANTON, STEPHANIE HARPER | CHAPTER 13 CASE NO.  04-41284<br>OUR FILE NO. 11294 |
| ADDRESS: | 114 WOODLAWN DR.<br>FOREST CITY, NC 28043 | |
| SSN: | --- -- 1077 & --- -- 9715 | |
| | DEBTORS. | |

_____

JOHN EDWARD BLANTON AND WIFE,                    Adv. Proc. No. 07-4010
STEPHANIE HARPER BLANTON,
                    Plaintiffs,

        versus

CITICORP TRUST BANK, FSB
                    Defendants.
_____

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, John Edward Blanton and Stephanie Harper Blanton ("Plaintiffs"), and Defendant, Citicorp Trust Bank, FSB ("CTB"), hereby jointly move the Court, pursuant to applicable bankruptcy law and Local Rule 9013-1, for an Order approving the proposed settlement of Plaintiffs' claims against CTB, and in support of this motion state the following:

1.    Plaintiffs are borrowers under a loan agreement designated by CTB as account number ****825 (the "Loan"), which is secured by a deed of trust on residential real estate owned by the Plaintiffs and located at 114 Woodlawn Drive in Forest City, North Carolina.

2.    Plaintiffs filed a voluntary Chapter 13 petition on November 15, 2004.

3.    Plaintiffs filed this Adversary Proceeding, Adv. Proc. No. 07-4010 (the "Adversary Proceeding"), on or about February 13, 2007.  In this Adversary Proceeding, Plaintiffs allege violations of various federal bankruptcy statutes and other federal and state statutes and laws and seek declaratory and injunctive relief.

4.    Plaintiffs and CTB (sometimes collectively referred to herein as the "Parties") have reached an agreement to resolve the issues between them and to settle the pending Adversary Proceeding and have entered into a Compromise, Settlement, and Release Agreement (the "Settlement Agreement").  The Settlement Agreement is attached hereto as Exhibit A and incorporated herein by reference.

5.    As more fully set forth in the Settlement Agreement, the terms of the settlement include the following: (a) CTB is to pay to Plaintiffs $7,000.00 inclusive of attorneys' fees and costs, in full and final settlement of all claims; (b) CTB will permanently remove fees and charges totaling

1

$167.17 from the balance due on the Loan; (c) CTB will provide a written statement to Plaintiffs that the Loan is current for the period from filing of the initial petition in this bankruptcy through the entry of the Order approving this settlement, contingent upon Plaintiffs' timely making all payments due through the date of the Order; (d) Plaintiffs will dismiss this Adversary Proceeding; and (e) Plaintiffs will release CitiMortgage from all claims as described in Paragraph 4 of the Settlement Agreement. The recitations in this paragraph are intended to summarize the terms of the Settlement Agreement and not to limit the terms agreed to by the Parties or the respective obligations under the Settlement Agreement. Those interested parties receiving service of this motion are directed to the Settlement Agreement for the Parties' complete recitation of their agreement, and the Settlement Agreement executed by the Parties, if approved by the Court, will control for all purposes.

      6.      The Parties are therefore requesting that the Court approve this settlement as set forth herein and allow the Parties to enter into the same in full settlement of this Adversary Proceeding.

**WHEREFORE**, Plaintiffs and CitiMortgage ask that this Court:

    A.    Grant an Order approving the Joint Motion for Approval of Settlement; and

    B.    Award such other and further relief as the Court may deem just and proper.

This 20th day of July, 2007.

| | |
|---|---|
| */s/ O. Max Gardner III* | */s/ Robert E. Harrington* |
| O. Max Gardner III | Robert E. Harrington |
| N.C. Bar No. 6164 | N.C. Bar No. 26967 |
| | Nicholas G. Walter |
| /s/William S. Gardner | N.C. Bar No. 31849 |
| William S. Gardner | |
| N.C. Bar No. 32684 | Attorneys for Defendant, Citicorp Trust Bank, FSB |
| Attorneys for Plaintiffs, John Edward Blanton and Stephanie Harper Blanton | |
| | ROBINSON, BRADSHAW & HINSON, PA |
| GARDNER LAW OFFICES | 101 North Tryon Street, Suite 1900 |
| 403 South Washington Street | Charlotte, North Carolina 28246-1900 |
| Post Office Box 1000 | Ph: (704) 377-2536 |
| Shelby, North Carolina 28151-1000 | Fax: (704) 378-4000 |
| Ph: (704) 487-0616 | rharrington@rbh.com |
| Fax: (704) 487-0619 | nwalter@rbh.com |
| maxgardner@maxgardner.com | |
| bgardner@maxgardner.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| NAME: | BLANTON, JOHN EDWARD<br>BLANTON, STEPHANIE HARPER | CHAPTER 13 CASE NO.  04-41284<br>OUR FILE NO. 11294 |
| ADDRESS: | 114 WOODLAWN DR.<br>FOREST CITY, NC 28043 | |
| SSN: | --- -- 1077 & --- -- 9715 | |

**DEBTORS.**
_____

**JOHN EDWARD BLANTON AND WIFE,**            Adv. Proc. No. 07-4010
**STEPHANIE HARPER BLANTON,**

**Plaintiffs,**

versus

**CITICORP TRUST BANK, FSB**

**Defendants.**
_____

**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
AND NOTICE OF OPPORTUNITY FOR HEARING**

**(No-Protest Notice:  No Hearing Will Be Held
Unless Request For Hearing Is Filed)**

   **TAKE NOTICE** that the above-named parties have filed papers with the United States Bankruptcy Court for the Western District of North Carolina for approval of a Settlement Agreement.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

   **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

   **TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Plaintiff in the motion, or if you want the Court to consider your views on the motion, then on or before the **16th day of August, 2007,** you or your attorney must do three (3) things:

   1.   **File with the court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

        United States Bankruptcy Court
        Western District of North Carolina
        P.O. Box 34189

       Charlotte, NC 28234-4189

If you mail your request to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   2.   **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

       O. Max Gardner III
       Attorney for the Debtor(s)
       P.O. Box 1000
       Shelby, NC 28151-1000
       Fax No. 888.870.1647

       and to:

       Steven G. Tate
       Chapter 13 Trustee
       P.O. Box 1778
       Statesville, NC 28687-1778

   3.   **Attend the hearing scheduled for Friday, August 31, 2007 at 9:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 20th day of July, 2007

_____      _____
O. Max Gardner III                               William S. Gardner
Gardner Law Offices                             Gardner Law Offices
Attorney for the Debtor                       Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000     P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 6164                      N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1647       (704) 487-0616/Fax (888) 870-1644
e-mail: maxgardner@maxgardner.com      e-mail: bgardner@maxgardner.com

**CERTIFICATE OF SERVICE**

　　O. MAX GARDNER III, attorney for the debtors, hereby certifies to the Court as follows:
1.　　I am not a party for the foregoing proceeding;
2.　　I am not less than 18 years of age;
3.　　I have this day served a copy of the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

John and Stephanie Blanton
114 Woodlawn Drive
Forest City, NC  28043

**And via the Court's Electronic Case Filing System to:**

Robert E. Harrington, Esq.
Robinson, Bradshaw & Hinson, PA
101 N. Tryon St. Ste. 1900
Charlotte, NC 28246

Steven G. Tate
Chapter 13 Trustee
P.O. Box 1778
Statesville, NC 28687-1778

John Bramlett, Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

　　4.　　I have also served copies of the **NOTICE OF OPPORTUNITY FOR HEARING** on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;
　　5.　　To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
　　6.　　Service as outlined herein was made within the United States of America.

Dated this the _____ day of July, 2007.

_____　　_____
O. Max Gardner III　　　　　　　　　　　　William S. Gardner
Gardner Law Offices　　　　　　　　　　　Gardner Law Offices
Attorney for the Debtor　　　　　　　　　　Attorney for the Debtor
P.O. Box 1000, Shelby, NC 28151-1000　　P.O. Box 1000, Shelby, NC 28151-1000
N.C. State Bar No. 6164　　　　　　　　　 N.C. State Bar No. 32684
(704) 487-0616/Fax (888) 870-1647　　　 (704) 487-0616/Fax (888) 870-1644
e-mail: maxgardner@maxgardner.com　　e-mail: bgardner@maxgardner.com

MATRIX ATTACHED HERETO AS EXHIBIT "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 04-41284<br>Western District of North Carolina<br>Shelby<br>Fri Jul 20 14:18:49 EDT 2007 | eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Shelby Division<br>P.O. Box 34189<br>Charlotte, NC 28234-4189 |
| AMERICAN GENERAL FINANCE<br>181 COMMERCIAL ST<br>FOREST CITY NC 28043-2850 | (p)AMERICAN GENERAL<br>P O BOX 3121<br>EVANSVILLE IN 47731-3121 | BANK OF AMERICA<br>PO BOX 53132<br>PHOENIX AZ 85072 |
| BANK OF AMERICA<br>PO BOX 60069<br>CITY INDUSTRY CA 91716-0069 | BANK OF AMERICA BANKRUPTCY<br>DEPT/DEPT NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO NC 27420 | BANK OF AMERICA NA USA<br>PAYMENT PROCESSING CENTER<br>PO BOX 53132<br>PHOENIX AZ 85072 |
| BANK OF AMERICA NA USA<br>PO BOX 2278<br>NORFOLK VA 23501-2278 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T BANKRUPTCY SECTION<br>100-70-01-51<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| BB&T Recovery Dept.<br>P.O. Box 1489<br>Lumberton, NC 28359 | BB&T/ATTN JACK HAYES<br>BANKRUPTCY DEPT<br>PO BOX 1847<br>WILSON NC 27894-1847 | BENEFICIAL<br>PO BOX 17574<br>BALTIMORE MD 21297-1574 |
| BENEFICIAL<br>PO BOX 8633<br>ELMHURST IL 60126 | BENEFICIAL<br>PO BOX 9055<br>BRANDON FL 33059 | BROCK & SCOTT PLLC<br>TIMOTHY L HANSON<br>5121 PARKWAY PLAZA BLVD<br>CHARLOTTE NC 28217-1965 |
| BROCK & SCOTT PLLC<br>TIMOTHY L HANSON<br>5821 FAIRVIEW ROAD SUITE 106<br>CHARLOTTE NC 28209 | BUSINESS REVENUE<br>SYSTEMS INC<br>PO BOX 13077<br>DES MOINES IA 50310-0077 | Bankruptcy Administrator<br>402 W. Trade St., Room 200<br>Charlotte, NC 28202 |
| Business Revenue Systems, Inc.<br>Act 7676032<br>P.O. Box 13077<br>Des Moines, IA 50310-0077 | CHASE CUSTOMER SERVICE<br>PO BOX 15902<br>WILMINGTON DE 19850-5902 | CHASE MANHATTAN BANK<br>USA NA<br>PO BOX 15583<br>WILMINGTON DE 19886-1194 |
| CHASE MANHATTAN MORTGAGE<br>CORP<br>10790 RANCHO BERNARDO RD<br>SAN DIEGO CA 92127 | CHASE MANHATTAN MORTGAGE<br>CORP<br>3415 VISION DR<br>COLUMBUS OH 43219-6009 | CHASE MANHATTAN MORTGAGE<br>CORP<br>PO BOX 830016<br>BALTIMORE MD 21283-0016 |
| CHASE MANHATTAN MORTGAGE CORP<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 | CHASE PLATINUM MASTERCARD<br>PO BOX 15650<br>WILMINGTON DE 19886-5650 | CITI CARDS<br>PO BOX 3671<br>URBANDALE IA 50323 |

```
CITICORP TRUST BANK              CITICORP TRUST BANK              CITICORP TRUST BANK FSB
MORTGAGE SERVICES                MORTGAGE SERVICES                FKA TRAVELERS BANK & TRUST
PO BOX 140129                    PO BOX 371453                    PO BOX 168728
IRVING TX 75014                  PITTSBURGH PA 15250-7453         IRVING TX 75016-8728


CLEVELAND REGIONAL               CLEVELAND REGIONAL MEDICAL       CLEVELAND REGIONAL MEDICAL CTR
MEDICAL CTR                      CENTER                           PO BOX 12150
201 E GROVER ST                  201 EAST GROVER ST               CHARLOTTE NC 28220-2150
SHELBY NC 28150                  SHELBY NC 28150


CONSUMER CREDIT COUNSELING       DISCOVER BANK                    (p)DISCOVER FINANCIAL SERVICES LLC
SERVICE                          DISCOVER FINANCIAL SERVICES      PO BOX 3025
757 FREDERICK RD                 PO BOX 3025                      NEW ALBANY OH 43054-3025
BALTIMORE MD 21228-4503          NEW ALBANY OH 43054


DISCOVER FINANCIAL SERVICES      DISCOVER FINANCIAL SERVICES      DISH NETWORK
PO BOX 3025                      PO BOX 5044                      DEPT 0063
NEW ALBANY OH 43054              SANDY UT 84091-5044              PALATINE IL 60055-0063


DISH NETWORK                     DISH NETWORK                     E R SOLUTIONS INC
PO BOX 105013                    PO BOX 105169                    PO BOX 9004
ATLANTA GA 30348-5013            ATLANTA GA 30348-5169            RENTON WA 98057-9004


E R Solutions, Inc.              ECAST SETTLEMENT CORP ASSIGNEE   ENCORE RECEIVABLE
Act 1461586-1P                   OF CHASE MANHATTAN BANK USA NA   MANAGEMENT INC
P.O. Box 9004                    PO BOX 35480                     PO BOX 3330
Renton, WA  98057-9004           NEWARK NJ 07193-5480             OLATHE KS 66063-3330


HOUSEHOLD FIN CO/BENEFICIAL      Household Finance Corporation/Beneficial   INTERNAL REVENUE SERVICE
BY ECAST SETTLEMENT CORP         by eCAST Settlement Corporation as its     PO BOX 21125
P O BOX 35480                    P.O. Box 35480                             PHILADELPHIA PA 19114
NEWARK NJ 07193-5480             Newark, NJ 07193-5480


(p)INTERNAL REVENUE SERVICE      LVNV Funding LLC                 MBNA AMERICA
CENTRALIZED INSOLVENCY OPERATIONS c/o Resurgent Capital Services  PO BOX 15026
PO BOX 21126                     PO Box 10587                     WILMINGTON DE 19850-5026
PHILADELPHIA PA 19114-0326       Greenville, SC 29603-0587


MBNA AMERICA                     MBNA AMERICA BANK NA             N.C. Department Of Revenue
PO BOX 15288                     BY ECAST SETTLEMENT CORP         P.O. Box 25000
WILMINGTON DE 19886-5288         PO BOX 35480                     Raleigh, NC  27640-0002
                                 NEWARK NJ 07193-5480


NC DEPT OF REVENUE               NC Department Of Revenue         O MAX GARDNER III
OFFICE SERV DIV/BANKRUPTCY UNT   P.O. Box 1168                    ATTORNEY AT LAW
PO BOX 1168                      Raleigh, NC  27602               PO BOX 1000
RALEIGH NC 27602-1168                                             SHELBY NC 28151-1000
```

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK VA 23541 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | RUTHERFORD CO TAX COLLECTOR<br>PO BOX 143<br>RUTHERFORDTON NC 28139 |
| RUTHERFORD RADIOLOGICAL<br>ASSOC PA<br>PO BOX 886<br>RUTHERFORDTON NC 28139 | Rutherford County Tax Collector<br>P O Box 143<br>Rutherfordton, NC 28139 | Rutherford Cty Tax Collector<br>P.O. Box 143<br>Rutherfordton, NC  28139-0143 |
| SEARS CREDIT CARDS<br>PO BOX 182156<br>COLUMBUS OH 43218-2156 | SEARS ROEBUCK & CO<br>PO BOX 3671<br>DES MOINES IA 50322 | Steven G. Tate<br>Chapter 13 Standing Trustee<br>P.O. Box 1778<br>Statesville, NC  28687-1778 |
| U.S. Attorney's Office<br>Suite 1700, Carillon Bldg.<br>227 W. Trade St.<br>Charlotte, NC  28202 | UPSTATE CAROLINA MEDICAL<br>CENTER<br>1530 N LIMESTONE ST<br>GAFFNEY SC 29340 | United States Attorney<br>Room 207 U.S. Courthouse<br>100 Otis Street<br>Asheville, NC  28801 |
| WACHOVIA BANK NA<br>CENTRAL BK DEPT VA7359<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | (p)WACHOVIA BANK NA<br>P O BOX 13765<br>ROANOKE VA 24037-3765 | eCAST Settlement Corporation, assignee<br>of Chase Manhattan Bank USA, NA<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |
| John Edward Blanton<br>114 Woodlawn Drive<br>Forest City, NC 28043 | O. Max Gardner III<br>P. O. Box 1000<br>Shelby, NC 28151-1000 | Stephanie Harper Blanton<br>114 Woodlawn Drive<br>Forest City, NC 28043 |
| Steven G. Tate<br>P.O. Box 1778<br>Statesville, NC 28677 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN GENERAL FINANCE<br>PO BOX 3212<br>EVANSVILLE IN 47731-3212 | (d)American General Finance<br>P.O. Box 3212<br>Evansville, IN  47731-3212 | BB&T<br>P.O. Box 580002<br>Charlotte, NC  28258-0002 |
| (d)BB&T<br>PO BOX 580002<br>CHARLOTTE NC 28258-0002 | (d)BB&T<br>RECOVERY DEPT<br>P O BOX 1489<br>LUMBERTON NC 28359 | (d)BRANCH BANKING & TRUST CO<br>BANKRUPTCY SECTION<br>PO BOX 1847<br>WILSON NC 27894-1847 |

```
DISCOVER BANK                      (d)DISCOVER CARD                   (d)DISCOVER CARD
DISCOVER FINANCIAL SERVICES        PO BOX 15251                       PO BOX 15316
PO BOX 8003                        WILMINGTON DE 19886-5251           WILMINGTON DE 19850-5316
HILLIARD OH 43026


(d)DISCOVER FINANCIAL SERVICES     (d)Discover Card                   (d)Discover Card
PO BOX 8003                        P.O. Box 15251                     P.O. Box 15316
HILLIARD OH 43026                  Wilmington, DE  19886-5251         Wilmington, DE  19850-5316


(d)Discover Financial Services     INTERNAL REVENUE SERVICE           (d)Internal Revenue Service
P.O. Box 8003                      ROOM 335                           Special Procedures Function
Hilliard, OH  43026                320 FEDERAL PLACE                  320 Federal Place, Room 335
                                   GREENSBORO NC 27401                Greensboro, NC  27401


WACHOVIA BK NA/ATT MCCLELLAND      (d)Wachovia Bank, N.A.
LOSS CONTROL OPER BKRY/REC         Central BK Dept VA7359
PO BOX 3099/NC31027                P.O. Box 13765
WINSTON SALEM NC 27150-1027        Roanoke, VA  24037-3765



         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Chase Manhattan Bank USA NA     (u)Chase Manhattan Mortgage Corp   (u)Household Finance Company/Beneficial Natio




(u)MBNA America Bank, N.A.         (d)American General Finance        (d)BB&T Bankruptcy Section
                                   181 Commercial St.                 100-70-01-51
                                   Forest City, NC  28043-2850        P.O. Box 1847
                                                                      Wilson, NC  27894-1847


(d)Bank Of America                 (d)Bank Of America Bankruptcy Dept.  (d)Beneficial
P.O. Box 53132                     Dept NC4-105-03-14                 P.O. Box 17574
Phoenix, AZ  85072                 P.O. Box 26012                     Baltimore, MD  21297-1574
                                   Greensboro, NC  27420


(d)Beneficial                      (d)Beneficial                      (d)Chase Customer Service
P.O. Box 8633                      P.O. Box 9055                      P.O. Box 15902
Elmhurst, IL  60126                Brandon, FL  33059                 Wilmington, DE  19850-5902


(d)Chase Manhattan Bank USA, NA    (d)Chase Manhattan Mortgage Corp.  (d)Chase Manhattan Mortgage Corp.
P.O. Box 15583                     10790 Rancho Bernardo Rd.          3415 Vision Drive
Wilmington, DE  19886-1194         San Diego, CA  92127               Columbus, OH  43219-6009
```

```
(d)Chase Manhattan Mortgage Corp.        (d)Chase Manhattan Mortgage Corp         (d)Chase Platinum Mastercard
P.O. Box 24696                           P.O. Box 830016                          P.O. Box 15650
Columbus, OH  43224-0696                 Baltimore, MD  21283-0016                Wilmington, DE  19886-5650


(d)Citi Cards                            (d)CitiCorp Trust Bank Mortgage Services (d)CitiCorp Trust Bank Mortgage Services
P.O. Box 3671                            P.O. Box 140129                          P.O. Box 371453
Urbandale, IA  50323                     Irving, TX  75014                        Pittsburgh, PA  15250-7453


(d)Cleveland Regional Medical Ctr        (d)Cleveland Regional Medical Ctr        (d)Consumer Credit Counseling Service
201 E. Grover St.                        P.O. Box 12150                           757 Frederick Rd.
Shelby, NC  28150                        Charlotte, NC  28220-2150                Baltimore, MD  21228-4503


(d)Discover Financial Services           (d)Dish Network                          (d)Dish Network
P.O. Box 5044                            Dept 0063                                P.O. Box 105013
Sandy, UT  84091-5044                    Palatine, IL  60055-0063                 Atlanta, GA  30348-5013


(d)Dish Network                          (d)ECAST SETTLEMENT CORPORATION          (d)Encore Receivable Management, Inc.
P.O. Box 105169                          PO BOX 35480                             P.O. Box 3330
Atlanta, GA  30348-5169                  NEWARK NJ  07193-5480                    Olathe, KS  66063-3330


(d)MBNA America                          (d)MBNA America                          (d)Resurgent Capital Services
P.O. Box 15026                           P.O. Box 15288                           P.O. Box 10587
Wilmington, DE  19850-5026               Wilmington, DE  19886-5288               Greenville, SC  29603-0587


(d)Rutherford Radiological Assoc., PA    (d)Sears Credit Cards                    (d)Sears, Roebuck & Co.
P.O. Box 886                             P.O. Box 182156                          P.O. Box 3671
Rutherfordton, NC  28139                 Columbus, OH  43218-2156                 Des Moines, IA  50322


(d)Upstate Carolina Medical Center       (d)eCast Settlement Corporation          End of Label Matrix
1530 N. Limestone St.                    P.O. Box 35480                           Mailable recipients     78
Gaffney, SC  29340                       Newark, NJ  07193-5480                   Bypassed recipients     38
                                                                                  Total                  116
```